UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLINT SMITH #457794**  **CIVIL ACTION**

**versus**  **NO. 07-9449**

**TERRY TERRELL, WARDEN,**  **SECTION: "C" (1)**
**ALLEN CORRECTIONAL CENTER**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Clint Smith** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**[1].

New Orleans, Louisiana, this _9th_ day of __July__, 2009.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Through inadvertence, petitioner's Motion to Compel Testing of Forensic Fingerprints filed into the record on September 12, 2008 was not entered electronically until July 9, 2009. Nevertheless, this Order dismissing Mr. Smith's petition renders his Motion to Compel Testing of Forensic Latent Fingerprint Evidence MOOT.